IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MERCHANTS BONDING COMPANY (MUTUAL), ET AL., <br>     PLAINTIFFS, <br><br> v. <br><br> VETERAN OWNED SERVICES GROUP, LLC, ET AL., <br>     DEFENDANTS. | § § § § § § § § § § § | CASE NO. 3:23-CV-00324-E |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiffs' *Motion for Default Judgement as to All Defendants*, Doc. 26, is **TERMINATED AS MOOT**.

**SO ORDERED**: November 14, 2023.

Ada E. Brown
UNITED STATES DISTRICT JUDGE