IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MERCHANTS BONDING COMPANY (MUTUAL), ET AL.,** <br> PLAINTIFFS, <br><br> v. <br><br> **VETERAN OWNED SERVICES GROUP, LLC, ALAN WILSON, GULSHAN SINGH OSHAN, ZEPPYR SOLCON, LLC, AND MONICA WILSON,** <br> DEFENDANTS. | § § § § § § § § § § § § § | CASE NO. 3:23-CV-324-E |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiffs' *Second Amended Motion for Default Judgment*, Doc. 49, is **GRANTED**.

**SO ORDERED**: March 14, 2024.

Ada E. Brown
UNITED STATES DISTRICT JUDGE