**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **Merchants Bonding Company (Mutual) and Merchants National Bonding, Inc.,** | § § § § | |
| *Plaintiffs*, | § | **Civil Action No. 3:23-CV-324-E (BK)** |
| | § | |
| **v.** | § § | |
| **Veteran Owned Services Group, LLC,** *et al.*, | § § § | |
| *Defendants*. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 12, 2025 (ECF No. 71). No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. A Show Cause Order for Defendant Oshan will be issued separately.

*(signature page follows)*

**SO ORDERED.**

25th day of March, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE